**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-1378

RONALD M. GREEN; ROY L. PERRY-BEY,

Plaintiffs – Appellants,

v.

LORETTA E. LYNCH, U.S. Attorney General, in her individual and official capacity; ANGELA J. MILLER, U.S. Attorney, Voting Section, in her individual and official capacity; T. CHRISTIAN HERREN, Chief U.S. Attorney, in his individual and official capacity; KENT PENDLETON PORTER, Assistant U.S. Attorney, in his individual and official capacity; CITY OF NORFOLK, VIRGINIA, a municipal corporation; PAUL D. FRAIM, Mayor, Member of the Norfolk City Council, in his individual and official capacity; ANGELIA M. WILLIAMS, Vice Mayor, Member of the Norfolk City Council, in her individual and official capacity; ALVETA V. GREEN, Member of the Norfolk City Council, in her individual and official capacity; ANDREW ANTHONY PROTOGYROU, "Andy", Member of the Norfolk City Council, in his individual and official capacity; THERESA W. WHIBLEY, Member of the Norfolk City Council, in her individual and official capacity; PAUL R. RIDDICK, Member of the Norfolk City Council, in his individual and official capacity; THOMAS R. SMIGIEL, "Tommy", Member of the Norfolk City Council, in his individual and official capacity; BARCLAY C. WINN, Member of the Norfolk City Council, in his individual and official capacity; BERNARD A. PISHKO, City Attorney, in his individual and official capacity; MELVIN WAYNE RINGER, Chief Deputy City Attorney, in his individual and official capacity; NADA NASSAR KAWWASS, Deputy City Attorney, in his/her individual and official capacity; TERENCE R. MCAULIFFE, Governor of Virginia, Executive Official, in his individual and official capacity; RALPH S. NORTHAM, Lieutenant Governor, Executive Official, in his individual and official capacity; ELISA LONG, General Registrar, Member of the Norfolk Electoral Board, in her individual and official capacity; STEPHANIE ILES, Deputy Registrar, Member of the Norfolk Electoral Board, in her individual

and official capacity; JAMES H. HINSHAW, Chairman, Member of the Norfolk Electoral Board, in his individual and official capacity; DANIEL H. HAWORTH, Vice-Chairman, Member of the Norfolk Electoral Board, in his individual and official capacity; W. DONALD BROWN, Secretary, Member of the Norfolk Electoral Board, in his individual and official capacity; COMMONWEALTH OF VIRGINIA; CHARLIE JUDD, Member of the State Board of Elections, in his individual and official capacity; KIMBERLY BOWERS, Vice-Chairman of the Board, Member of the State Board of Elections, in her individual and official capacity; DON PALMER, Secretary of the Board, Member of the State Board of Elections, in his individual and official capacity; MARK R. HERRING, Attorney General of Virginia, in his individual and official capacity; JOSHUA NOAH LIEF, Senior Assistant Attorney General, in his individual and official capacity; STUART ALAN RAPHAEL, Solicitor Attorney General, in his individual and official capacity; MICHAEL HUGH BRADY, Assistant Solicitor General, in his individual and official capacity,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:14-cv-00359-RAJ-DEM)

---

Submitted: August 20, 2015          Decided: August 24, 2015

---

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ronald M. Green, Roy L. Perry-Bey, Appellants Pro Se. Dennis Carl Barghaan, Jr., Assistant United States Attorney, Alexandria, Virginia; Paul Wilbur Jacobs, II, David Brendan Lacy, CHRISTIAN & BARTON, LLP, Richmond, Virginia; John David McChesney, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Appellants appeal the district court's order granting Defendants' motions to dismiss their civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Perry-Bey v. Lynch, No. 2:14-cv-00359-RAJ-DEM (E.D. Va. filed Mar. 24, 2015; entered Mar. 25, 2015). We deny Appellants' motions to stop election, for a hearing, and for an injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED